IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                          No. 4:07CR00061 SWW

TARRENCE L. MCFARLAND

FINAL ORDER OF FORFEITURE

WHEREAS, on November 27, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

**One, Taurus .9mm Millenium Pro Pistol, model number PT111, serial number TWC49596.**

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is hereby forfeited to the United States, and the United States Marshal shall dispose of such property according to law.

SO ORDERED this 14th day of February, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE